**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7723**

---

CURTIS WAYNE MONROE, a/k/a Curtis Wayne
Monroe-Bey,

                                        Petitioner - Appellant,

        versus

RONALD HUTCHINSON; JOHN JOSEPH CURRAN, JR.,
the Attorney General of the State of Maryland,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-99-2792-WMN)

---

Submitted:  April 10, 2001          Decided:  April 20, 2001

---

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Curtis Wayne Monroe, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Ann Norman Bossse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis Wayne Monroe appeals the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) as time-barred under the Antiterrorism and Effective Death Penalty Act (AEDPA).  We have reviewed the record and the district court's opinion and find no reversible error.  See Hernandez v. Caldwell, 225 F.3d 435 (4th Cir. 2000).  Further, we conclude Monroe is not entitled to equitable tolling of the AEDPA's one-year limitations period.  See Harris v. Hutchinson, 209 F.3d 325 (4th Cir. 2000).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED